# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–4 | User: lblue | | Date Created: 8/16/2017 |
| Case: 17–42072 | Form ID: 309I | | Total: 15 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Desmond Gumbs | 4291 Silver Meadow Court | Danville, CA 94506 |
| ust | Office of the U.S. Trustee/Oak | Office of the United States Trustee | Phillip J. Burton Federal Building   450 Golden Gate Ave. 5th Fl., #05–0153   San Francisco, CA 94102 |
| tr | Martha G. Bronitsky | P.O. Box 5004 | Hayward, CA 94540 |
| aty | Andrew Christensen | Andrew J. Christensen, Attorney at Law | 1970 Broadway #550   Oakland, CA 94612 |
| smg | Labor Commissioner | 1515 Clay St.   Room 801 | Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept.   P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880   Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952   Sacramento, CA 95812–2952 |
| 14613600 | Bank of America | PO Box 15026 | Wilmington, DE 19850–5026 |
| 14613601 | Blackhawk HOA | 4125 Blackhawk Plaza Cir #230 | Danville, CA 94506 |
| 14613602 | Capital One | P.O. Box 30281 | Salt Lake City, UT 84130 |
| 14613603 | Premier Bankcard | c/o Capital Management Services, LP | 726 Exchange Street, Suite 700   Buffalo, NY 14210 |
| 14613604 | Randolph Bush | 3060 El Cerrito Plaza, #500 | El Cerrito, CA 94530 |
| 14613605 | Specialized Loan Servicing | 8742 Lucent Blvd. #300 | Highland Ranch, CO 80129 |
| 14613606 | The Mortgage Law Firm | 41689 Enterprise Circle North, Ste 228 | Temecula, CA 92590 |

TOTAL: 15