# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: lblue | Date Created: 8/16/2017 |
| Case: 17–42072 | Form ID: OFRDI | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
tr     Martha G. Bronitsky     13trustee@oak13.com
aty     Andrew Christensen     andrew@californiahomelawyer.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Desmond Gumbs     4291 Silver Meadow Court     Danville, CA 94506

TOTAL: 1