Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Andrew@CaliforniaHomeLawyer.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In the Matter of: ) Case No. 17-42072 CN13
)
Desmond Gumbs, ) CHAPTER 13
              Debtor. )
) Notice of Motion to Extend the Automatic
) Stay and Opportunity to Request a Hearing

**Notice is Hereby Given** that the Debtors have filed a Motion to Extend the Automatic Stay as to all creditors. Bankruptcy Local Rule 4001-2 and 9014-1 govern this procedure. Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 14 days of mailing the notice; Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default. In the event of a timely objection or request for hearing, (either): The initiating party will give at least 5 days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or The tentative hearing date, location and time. A tentative hearing date, if set in the notice, shall be at least 7 days after the conclusion of the period for objecting parties to request a hearing.

Dated:  August 16, 2017                /s/ Andrew Christensen
                                                              Andrew Christensen
                                                              Attorney for Debtor

Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Andrew@CaliforniaHomeLawyer.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No. 17-42072 CN13 |
| Desmond Gumbs, | CHAPTER 13 |
|     Debtor. | **CERTIFICATE OF SERVICE** |

I am employed in the County of Alameda. I am over the age of eighteen years and not a party to the above referenced case. My business address is 1970 Broadway, Suite 550, Oakland CA 94612. On August 16, 2017, I served the following documents on the parties listed below by certified mail or first class mail according to the requirements of Rule 7004: (1) **Motion to Extend the Automatic Stay; (2) Notice of Motion and Opportunity to Request a Hearing.** I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on the following date at Oakland, California.

Dated: August 16, 2017        /s/ Andrew Christensen
                              Andrew Christensen

CERTIFIED MAIL:
FDIC Website Address:
Bank of America
Attn: Managing Officer
100 North Tryon St.
Charlotte, NC 28202

Secretary of State Address:
Specialized Loan Servicing
Attn: Managing Officer
8749 Lucent Blvd Ste 300
Highlands Ranch, CO 80129

FIRST CLASS MAIL
Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Blackhawk HOA
4125 Blackhawk Plaza Cir #230
Danville, CA 94506

Capital One
P.O. Box 30281
Salt Lake City, UT 84130

Premier Bankcard
c/o Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY 14210

Randolph Bush
3060 El Cerrito Plaza, #500
El Cerrito, CA 94530

The Mortgage Law Firm
41689 Enterprise Circle North, Ste 228
Temecula, CA 92590

The following Parties were served electronically:

Office of the US Trustee
1301 Clay St. #690N
Oakland, CA 94612-5231

Bankruptcy Trustee
Martha G. Bronitsky