Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Andrew@CaliforniaHomeLawyer.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No. 17-42072 CN13 |
| Desmond Gumbs, | Chapter 13 |
| Debtor. | **Ex Parte Motion to Extend Time to File Completed Schedules and Plan** |

Debtor Desmond Gumbs moves the Court for an order to extend the time for filing the remainder of schedules, statement of financial affairs, means test, chapter 13 plan, and all other documents needed to complete the filing. The Debtor requests an extension of 17 days. The case was filed on 8/15/2017. The original 14 day deadline is 8/29/2017. The Debtor requests until September 15, 2017 to complete the filing. Rule 1007(c) provides for an extension of time to file these documents for cause. The reason for the extension here is that his financial situation is complex and it is taking longer than anticipated to complete the schedules. The Debtor is working with counsel to complete the schedules as quickly as time permits, but it will take longer than the original 14 days granted to finish complete and accurate schedules. The proposed order has been uploaded at the time this motion was filed.

Dated:  August 24, 2017           /s/ Andrew Christensen
                                  Andrew Christensen
                                  Attorney for Debtors

Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Andrew@CaliforniaHomeLawyer.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No. 17-42072 CN13 |
| Desmond Gumbs, | CHAPTER 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I am employed in the County of Alameda. I am over the age of eighteen years and not a party to the above referenced case. My business address is 1970 Broadway, Suite 550, Oakland CA 94612. On August 24, 2017, the following documents were served electronically on the parties listed below: (1) **Motion to Extend the time for filing documents, and proposed order.** I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on the following date at Oakland, California.

Dated: August 24, 2017　　　　　　　　　/s/ Andrew Christensen
　　　　　　　　　　　　　　　　　　　　　Andrew Christensen

Office of the US Trustee　　　　　　　　Bankruptcy Trustee
　　　　　　　　　　　　　　　　　　　　Martha G. Bronitsky