

Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Andrew@CaliforniaHomeLawyer.com

**The following constitutes
the order of the court. Signed August 29, 2017**

_____
**Charles Novack
U.S. Bankruptcy Judge**

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No. 17-42072 CN13 |
| Desmond Gumbs, | CHAPTER 13 |
| Debtor. | Order Extending the Time to File Completed Schedules and Plan |

    Upon consideration of the Debtor's Motion to Extend the Time for Filing Completed Schedules and Plan filed with the Court on 8/24/2017, and as no objection to the Motion was received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that the Debtor's request for a 17 day extension is granted, and the Debtor has until September 15, 2017 to complete the filing of schedules and the Plan.

**END OF ORDER**

COURT SERVICE LIST