Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Andrew@CaliforniaHomeLawyer.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No. 17-42072 CN13 |
| Desmond Gumbs | CHAPTER 13 |
| Debtor | **Request for Entry of Order by Default and Declaration of Debtors' Attorney** |

    On 8/16/2017, Debtor filed a Motion to Extend the Automatic Stay. The Motion, Notice, and Certificate of Service are entered as docket numbers 6 and 7. The Motion and Notice were served on all parties pursuant to Local Rule 4001-2 and Bankruptcy Rules 7004 and 7005. There has been no objection or request for a hearing within the time provided. The proposed Order is submitted herewith.

    WHEREFORE, Debtor requests that the Court extend the automatic stay to all creditors for the duration of the case. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2017        /s/ Andrew Christensen
                                                       Andrew Christensen
                                                       Attorney for Debtors