Entered on Docket
August 31, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Andrew@CaliforniaHomeLawyer.com

The following constitutes
the order of the court. Signed August 30, 2017

_____
Charles Novack
U.S. Bankruptcy Judge

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No. 17-42072 CN13 |
| Desmond Gumbs, | CHAPTER 13 |
| Debtor. | Order Extending Automatic Stay as to All Creditors |

Upon consideration of the Debtor's Motion to Extend the Automatic Stay filed with the Court on 8/16/2017 as docket #6, and as no objection to the Motion was received, and good cause appearing therefore,

IT IS HEREBY ORDERED that the automatic stay in this case is extended to all creditors for the duration of the case or until relief is granted upon motion for relief from stay.

**END OF ORDER**

COURT SERVICE LIST