Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 17-42072 CN 13 |
| Desmond Gumbs | Notice of Chapter 13 Plan |
| Debtor. | |

NOTICE IS HEREBY GIVEN that the debtor filed an Amended Chapter 13 Plan on September 15, 2017.

Any objections to confirmation of this chapter 13 plan or a request for hearing must be filed and served within 28 days of mailing of this notice. A request for hearing or objection must be accompanied by any declarations or memoranda of law in support. If there is not a timely objection or a request for hearing, the court may enter an order confirming the plan.

**The § 341(a) meeting of creditors in this case is to be held on 9/21/2017 at 11:00 AM at the U.S. Trustee's office in Oakland, California.**

Dated:   September 15, 2017        /s/ Andrew Christensen
                                   Andrew Christensen
                                   Attorney for Debtors

```
 1  Andrew J. Christensen (SBN: 260748)
    Attorney at Law
 2  1970 Broadway, Suite 550
    Oakland, CA 94612
 3  Tel: (510) 761-7183
    Fax: (510) 680-3430
 4  Andrew@CaliforniaHomeLawyer.com

 5
    Attorney for Debtors
 6
                    UNITED STATES BANKRUPTCY COURT
 7                  NORTHERN DISTRICT OF CALIFORNIA

 8
```

| | | |
|---|---|---|
| 9 | In the Matter of: ) | Case No. 17-42072 CN 13 |
|   | ) | |
| 10 | Desmond Gumbs ) | |
|   | ) | Certificate of Service, Chapter 13 Plan |
| 11 | _____Debtor._____ ) | |

I declare as follows: I am employed in the County of Alameda. I am over the age of eighteen years and not a party to the above referenced case. My business address is 1970 Broadway, Suite 550, Oakland CA 94612. On September 15, 2017, I served the attached **Chapter 13 Plan and Notice and Opportunity for a Hearing** on the parties listed below by first class mail. I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on the following date at Oakland, California.

Dated:  September 15, 2017          /s/ Andrew Christensen
                                     Andrew Christensen

Bank of America
Attn: Managing Officer
100 North Tryon St.
Charlotte, NC 28202

Specialized Loan Servicing
Attn: Managing Officer
8749 Lucent Blvd Ste 300
Highlands Ranch, CO 80129

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Blackhawk HOA
4125 Blackhawk Plaza Cir #230
Danville, CA 94506

Capital One
P.O. Box 30281
Salt Lake City, UT 84130

Premier Bankcard
c/o Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY 14210

Randolph Bush
3060 El Cerrito Plaza, #500
El Cerrito, CA 94530

The Mortgage Law Firm
41689 Enterprise Circle North, Ste 228
Temecula, CA 92590

The Bank of New York Mellon
C/O Specialized Loan Servicing
8742 Lucent Blvd Ste 300
Highlands Ranch, CO 80129

| 1 | Credit Bureau Associates<br>PO Box 150 | Office of the US Trustee<br>1301 Clay St. #690N |
| - | - | - |
| 2 | Fairfield, CA 94533 | Oakland, CA 94612-5231 |
| 3 | The following Parties were served electronically: | Bankruptcy Trustee<br>Martha G. Bronitsky |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |