Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Desmond Gumbs | Chapter 13 Case Number: 17-42072-CN 13 |
| Debtor(s) | |

## MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS

TO THE DEBTOR(S) AND DEBTOR(S)' ATTORNEY:

Martha G Bronitsky, Chapter 13 Standing Trustee, requests an Order Dismissing or Converting this case pursuant to 11 U.S.C. Section 1307(c) upon the grounds that the debtor(s) is in material default for the following reasons:

1. **YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.**

   As of September 18, 2017 you should have paid a total of $0.00 to the Chapter 13 Trustee. According to the Trustee's records, you are in default in the amount of $1,000.00. The default amount includes the current's month payment. Payments must be current until this Motion is resolved.

2. In order to continue to receive protection of the United States Bankruptcy Court: **YOU MUST** bring the case current by paying in certified funds to the Trustee in the amount of $1,000.00 within 21 days of the date of this notice.

3. Unless you pay the default amount, as provided in paragraph 2 above, twenty-one (21) days from the date of this notice, **YOUR CASE SHALL BE IMMEDIATELY DISMISSED OR CONVERTED WITHOUT ANY FURTHER NOTICE OR HEARING**

Dated: September 18, 2017        /s/ Martha G. Bronitsky
_____
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| In re                | Chapter 13 Case No. 17-42072-CN |
|----------------------|--------------------------------|
| Desmond Gumbs        | 13                             |
| debtor(s)            |                                |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Desmond Gumbs                         Andrew J Christensen Atty
4291 Silver Meadow Court              1970 Broadway #550
Danville, CA 94506                    Oakland, CA 94612

(Debtor(s))                           (Counsel for Debtor)


Date: September 18, 2017              /s/ Lydia Santiago
                                      Lydia Santiago