Form OFT

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| **In re Debtor(s):** Desmond Gumbs fka ALI Francis | Case No.: 17–42072 CN 13<br>Chapter: 13 |
|---|---|

## ORDER AND NOTICE
### re: Failure to Submit Federal Income Tax Returns to the Trustee

The trustee has certified that the debtor(s) named above failed to submit a copy of their Federal Income tax return(s) to the Trustee as required by 11 U.S.C.§ 521(e)(2)(A)(i).

IT IS HEREBY ORDERED that unless within 14 days of the date of this order, the debtor(s) either: (a) provides the trustee with a copy of the required tax document(s); (b) files a declaration which demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor; or (c) files a written response to this Order and Notice and requests a hearing, the court SHALL DISMISS this case without further notice or hearing. If a request for a hearing is made by the debtor(s), the trustee will provide written notice of the hearing.

Dated: 9/18/17

By the Court:

Charles Novack
United States Bankruptcy Judge