LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (State Bar No. 104620)
1970 BROADWAY, SUITE 1030
OAKLAND, CA 94612
TELEPHONE: 510-444-2404
FACSIMILE: 510-444-1291
EMAIL: mlp@leader-picone.com

Attorneys for Creditor
RANDOLPH BUSH

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA

In Re:

    DESMOND GUMBS,

        Debtor.

) Case No. 17-42072 CN 13
)
) Chapter 13
)
) **REQUEST FOR SPECIAL NOTICE.**
)
)
)

**PLEASE TAKE NOTICE,** pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), and 342(a) of the Bankruptcy Code, that Creditor RANDALL BUSH dba Assured Judgment Recovery hereby requests that notice of any and all of the proceedings in this matter be served upon and addressed as follows:

    Malcolm Leader-Picone, Esq.
    LEADER-PICONE & YOUNG, LLP
    1970 Broadway, Suite 1030
    Oakland, CA 94612
    Telephone: 510-444-2404
    Facsimile: 510-444-1291
    Email: mlp@leader-picone.com

DATED: September 22, 2017.

LEADER-PICONE & YOUNG, LLP

BY: /s/ Malcolm Leader-Picone
    MALCOLM LEADER-PICONE
    Attorneys for Creditor
    RANDOLPH BUSH

## COURT SERVICE LIST

Desmond Gumbs
4291 Silver Meadow Court
Danville, CA 94506

Andrew J. Christensen, Esq.
Andrew J. Christensen Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612

Office of the U.S. Trustee/Oak
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540