LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (State Bar No. 104620)
1970 BROADWAY, SUITE 1030
OAKLAND, CA 94612
TELEPHONE: 510-444-2404
FACSIMILE: 510-444-1291
EMAIL: mlp@leader-picone.com

Attorneys for Creditor
RANDOLPH BUSH

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA

In Re:

    DESMOND GUMBS,

        Debtor.

Case No. 17-42072 CN 13

Chapter 13

**[Corrected] REQUEST FOR SPECIAL NOTICE.**

      **PLEASE TAKE NOTICE,** pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), and 342(a) of the Bankruptcy Code, that Creditor RANDOLPH BUSH hereby requests that notice of any and all of the proceedings in this matter be served upon and addressed as follows:

      Malcolm Leader-Picone, Esq.
      LEADER-PICONE & YOUNG, LLP
      1970 Broadway, Suite 1030
      Oakland, CA 94612
      Telephone: 510-444-2404
      Facsimile: 510-444-1291
      Email: mlp@leader-picone.com

DATED: September 25, 2017.      LEADER-PICONE & YOUNG, LLP

                                BY: /s/ Malcolm Leader-Picone
                                  MALCOLM LEADER-PICONE
                                  Attorneys for Creditor

Case: 17-42072   Doc# 25   Filed: 09/25/17   Entered: 09/25/17 15:10:39   Page 1 of 2
Case No. 17-42072 CN 13

## COURT SERVICE LIST

Desmond Gumbs
4291 Silver Meadow Court
Danville, CA 94506

Andrew J. Christensen, Esq.
Andrew J. Christensen Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612

Office of the U.S. Trustee/Oak
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

PROOF OF SERVICE                                    Case No. 17-42072 CN 13