Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  
   Desmond Gumbs

Chapter 13 Case No:  
17-42072-CN 13

**WITHDRAWAL**
**OF**
Motion to Dismiss or Convert Chapter 13 Case for Failure to Make Plan Payments

    Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Motion to Dismiss or Convert Chapter 13 Case for Failure to Make Plan Payments for the above named Chapter 13 Case which was filed on September 18, 2017, same being court docket #19.

Date: October 02, 2017

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| In Re:           | Chapter 13 Case No: |
|------------------|---------------------|
| Desmond Gumbs    | 17-42072-CN 13      |

### Certificate of Service

I hereby certify that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s) at the addresses listed below by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Desmond Gumbs            | Andrew J Christensen Atty |
|--------------------------|---------------------------|
| 4291 Silver Meadow Court | 1970 Broadway #550        |
| Danville, CA 94506       | Oakland, CA 94612         |
| (Debtor(s))              | (Counsel for Debtor(s))   |

Date: October 02, 2017                /s/ Martha Ivania Silva
                                      Martha Ivania Silva