Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No. 17-42072 |
| Desmond Gumbs | **Motion to Voluntarily Dismiss Chapter 13 Case, Notice and Opportunity for a Hearing, and Declaration of Counsel in Support, and Certificate of Service** |
| Debtor | |

Debtor requests that this Court enter an order voluntarily dismissing this bankruptcy case without prejudice. This case has not been previously converted to chapter 13 pursuant to Bankruptcy Code §§ 706, 112, or 1208. There are no pending motions to convert the case to chapter 7, or motions to dismiss with prejudice.

NOTICE

Bankruptcy Local Rule 9014-1 governs this procedure. Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 7 days of mailing the notice; Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default. In the event of a timely objection or request for hearing, (either): The initiating party will give at least 7 days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or The tentative hearing date, location and time.

## DECLARATION OF COUNSEL IN SUPPORT

I Andrew Christensen am the Debtor's attorney in this case. This case has not been previously converted to chapter 13 pursuant to Bankruptcy Code §§ 706, 112, or 1208. There are no pending motions to convert the case to chapter 7, or motions to dismiss with prejudice. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

## CERTIFICATE OF SERVICE

I declare as follows: I am employed in the County of Alameda. I am over the age of eighteen years and not a party to the above referenced case. My business address is 1970 Broadway, Suite 550, Oakland CA 94612. On October 18, 2017, the **Motion to Dismiss and Notice and Opportunity for a Hearing** were served electronically and by first class mail on the parties listed below. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed at Oakland, California.

Electronically:

Martha G. Bronitsky, Chapter 13 Trustee

Office of the United States Trustee

Randolph Bush
C/O Malcom Leader-Picone
1970 Broadway, Suite 1030
Oakland, CA 94612

First Class Mail:

The Bank of New York Mellon Trustee
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Credit Bureau Associates
PO Box 150
Fairfield, CA 94533

Gillian Fynn
Bruce Nelson, Nelson & Bolton
1900 Powell St. Ste 600
Emeryville, CA 94608-1885

Dated: October 18, 2017

/s/ Andrew Christensen
Andrew Christensen
Attorney for Debtor