MARTHA G. BRONITSKY, SBN 127583
CHAPTER 13 STANDING TRUSTEE
LEO G. SPANOS, SBN 261837, STAFF ATTORNEY
NIMA GHAZVINI, SBN 254758, STAFF ATTORNEY
P.O. BOX 5004
HAYWARD, CA 94540
PH:   (510) 266-5580
FAX: (510) 266-5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CHAPTER 13 |
| DESMOND GUMBS | CASE NO.  17-42072 CN 13 |
| Debtor, | **DECLARATION OF LEG G. SPANOS IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS FOR VIOLATION OF DEBT LIMITS PURSUANT TO 11 U.S.C. §109(e)** |
| / | |

I, Leo G. Spanos, declare as follows:

1. I am an attorney duly admitted to practice before the United States District Court for the Northern District of California.
2. I know the following of my own personal knowledge and could and would competently testify thereto if called upon to do so.
3. I am Staff Attorney for Martha G. Bronitsky, the Chapter 13 Standing Trustee in the Oakland Division of the United States Bankruptcy Court for the Northern District of California.

Page **1** of **3**

4. I prepared "Trustee's Motion to Dismiss for Violation of Debt Limits Pursuant to 11 U.S.C. §109(e)" based on personal review of the Debtor's schedules.
5. The unsecured portion of a secured debt (the amount by which the debt is greater than the value) is treated as unsecured debt for purposes of eligibility under §109(e). See *Scovis v. Henrichsen* (*In re Scovis*), 249 F.3d 975, 983 (9th Cir. 2001).
6. In this case, the Debtor is over the secured debt limits contained in §109(e) based on schedule D (doc. #14, page 11) and the Abstract of Judgment (the "Debt") attached to Creditor Randolph Bush's objection to confirmation (doc. #26).
7. The Debt totals $850,624.71 and the secured claim of SLS on schedule D is $780,000 (after subtracting the unsecured portion of $220,000) which places the Debtor above the secured debt limit of $1,184,200 contained in 11 U.S.C. §109(e).
8. Neither SLS's claim nor the Debt is listed as contingent or unliquated.
9. The fact that the debts are listed as "disputed" is irrelevant for purposes of the §109(e) because this section does not exempt "disputed" debts.
10. This individual is not eligible to be a debtor because the secured claims are greater than the limit in §109(e) of $1,184,200.

I, Leo G. Spanos, declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed in Hayward, California on October 18, 2017.

                                  <u>/s/Leo G. Spanos 5909</u>
                                  Leo G. Spanos, Esq.
                                  Staff Attorney to Martha G. Bronitsky, Esq.
                                  Chapter 13 Standing Trustee