MARTHA G. BRONITSKY, SBN 127583
CHAPTER 13 STANDING TRUSTEE
LEO G. SPANOS, SBN 261837, STAFF ATTORNEY
NIMA GHAZVINI, SBN 254758, STAFF ATTORNEY
P.O. BOX 5004
HAYWARD, CA 94540
PH:   (510) 266-5580
FAX: (510) 266-5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DESMOND GUMBS<br>    Debtors,<br><br>_____ / | CHAPTER 13<br>CASE NO.  17-42072  CN 13<br>**NOTICE AND OPPORTUNITY TO OBJECT OF TRUSTEE'S MOTION TO DISMISS FOR VIOLATION DEBT LIMITS PURSUANT TO 11 U.S.C. §109(e)** |

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

PURSUANT TO LOCAL BANKRUPTCY RULE 9014-1(b)(3) NOTICE IS HEREBY GIVEN that debtor or the attorney of record may request a hearing in writing stating specific legal grounds for objecting to dismissal of these proceedings to the court and served on the Trustee no later than twenty-one (21)

Page **1** of **2**

Case: 17-42072    Doc# 29-2    Filed: 10/19/17    Entered: 10/19/17 07:59:15    Page 1 of 2

days from the date of service of this motion.  The Trustee will then schedule a hearing date and notice debtor and the attorney of record of said hearing date.

If there is not a timely filed objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 18, 2017             /s/Martha G. Bronitsky 5909
                                   Martha G. Bronitsky, Esq.
                                   Chapter 13 Standing Trustee