## IN THE UNITED STATES BANKRUPTCY COURT

In re:

    Desmond Gumbs

Case No.: 17-42072-CN 13

Debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the Trustee's Motion To Dismiss For Violation of Debt Limits Pursuant To 11 U.S.C. Section 1307(e); Declaration of Leo G. Spanos In Support of Motion & Notice & Opportunity to Object to debtor(s), counsel of debtor(s), and if applicable, the creditor, creditors representatives and registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto, addressed as follows:

Desmond Gumbs
4291 Silver Meadow Court
Danville,CA 94506

Andrew J Christensen Atty
1970 Broadway #550
Oakland,CA 94612

(Debtor(s))

(Counsel for Debtor)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 19, 2017

/s/ Lydia Santiago

Lydia Santiago