Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of: | Case No. 17-42072 |
| Desmond Gumbs | **Notice and Opportunity for a Hearing for Debtor's Motion to Voluntarily Dismiss Chapter 13 Case** |
| Debtor | |

NOTICE

Bankruptcy Local Rule 9014-1 governs this procedure. Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 7 days of mailing the notice; Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default. In the event of a timely objection or request for hearing, (either): The initiating party will give at least 7 days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or The tentative hearing date, location and time.

Dated:   October 19, 2017                    /s/ Andrew Christensen
                                             Andrew Christensen
                                             Attorney for Debtor