Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No. 17-42072 |
| Desmond Gumbs | **Request for Entry of Order by Default and Declaration of Debtor's Attorney** |
| Debtor | |

I, Andrew Christensen, am the Movants' Attorney and declare as follows: On 10/18/2017, Movant filed a Motion to Voluntarily Dismiss this Chapter 13 Case. The Motion, Notice, and Certificate of Service are entered as docket numbers 28 and 30. The Motion was served on 10/18/2017, together with a notice stating that any party objecting to the motion had 7 days within which to object and request a hearing. More than 7 days have passed since the service of the notice of motion. No objection has been timely served on Movants at the address specified in the notice. Therefore, no hearing is required. The proposed order is submitted herewith. WHEREFORE, Movants request that the Court grant the Motion to Dismiss. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2017          /s/ Andrew Christensen
                                 Andrew Christensen
                                 Attorney for Debtors

| | |
|---|---|
| 1 | Andrew J. Christensen (SBN: 260748) |
| | Attorney at Law |
| 2 | 1970 Broadway, Suite 550 |
| | Oakland, CA 94612 |
| 3 | Tel: (510) 761-7183 |
| | Fax: (510) 680-3430 |
| 4 | Andrew@CaliforniaHomeLawyer.com |
| 5 | Attorneys for Debtor |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In the Matter of:   ) Case No. 17-42072
                    )
Desmond Gumbs       ) Chapter 13
         Debtor     )

**CERTIFICATE OF SERVICE**

I declare as follows: I am employed in the County of Alameda. I am over the age of eighteen years and not a party to the above referenced case. My business address is 1970 Broadway, Suite 550, Oakland CA 94612. On October 25, 2017, the **Request for Entry of Order by Default** was served electronically on the parties listed below.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed at Oakland, California.

Dated: October 25, 2017              /s/ Andrew Christensen
                                     Andrew Christensen

Martha G. Bronitsky, Chapter 13 Trustee

Office of the United States Trustee

Randolph Bush
C/O Malcom Leader-Picone
1970 Broadway, Suite 1030
Oakland, CA 94612