

1. Andrew J. Christensen (SBN: 260748)
   Attorney at Law
2. 1970 Broadway, Suite 550
   Oakland, CA 94612
3. Tel: (510) 761-7183
   Fax: (510) 680-3430
4. Andrew@CaliforniaHomeLawyer.com

5. Attorneys for Debtor

**The following constitutes
the order of the court. Signed October 27, 2017**

_____
**Charles Novack
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No. 17-42072 |
| Desmond Gumbs | Chapter 13 |
| Debtor | Order Dismissing Chapter 13 Case |

The Debtor's Motion to Voluntarily Dismiss this Chapter 13 Case is Granted. It is hereby ordered that this case is dismissed without prejudice.

***END OF ORDER***

COURT SERVICE LIST