Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:    Desmond Gumbs <br>      fka ALI Francis <br>          Debtor(s) | Case No.: 17–42072 CN 13 <br><br> Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

     **Notice is given** that an order was filed on 10/27/17 dismissing the above−captioned case.

Dated: <u>11/1/17</u>                     For the Court:

                                               Edward J. Emmons <br>
                                               Clerk of Court <br>
                                               United States Bankruptcy Court

Doc # 32