# Notice Recipients

District/Off: 0971–4  User: rbautista  Date Created: 11/1/2017
Case: 17–42072  Form ID: pdfeoc  Total: 18

**Recipients of Notice of Electronic Filing:**
ust  Office of the U.S. Trustee/Oak  USTPRegion17.OA.ECF@usdoj.gov
tr  Martha G. Bronitsky  13trustee@oak13.com
aty  Andrew Christensen  andrew@californiahomelawyer.com
aty  Malcolm Leader–Picone  mlp@leader–picone.com

 TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Desmond Gumbs  4291 Silver Meadow Court  Danville, CA 94506
cr  Randolph Bush  dba Applied Judicial Research  3060 El Cerrito Plaza, #500  El Cerrito, CA 94530
14613600  Bank of America  PO Box 15026  Wilmington, DE 19850–5026
14613601  Blackhawk HOA  4125 Blackhawk Plaza Cir #230  Danville, CA 94506
14643227  Bruce Nelson  Nelson & Bolton  1900 Powell St., Ste. 600  Emeryville, CA 94608
14613602  Capital One  P.O. Box 30281  Salt Lake City, UT 84130
14630071  Credit Bureau Associates  PO Box 150  Fairfield, CA 94533
14659872  Employment Development Department  Bankruptcy Group MIC 92E, PO BOX 826880  Sacramento, CA 95814
14643228  Gillian Fynn  Bruce Nelson, Nelson & Bolton  1900 Powell St., Ste. 600  Emeryville, CA 94608–1885
14613603  Premier Bankcard  c/o Capital Management Services, LP  726 Exchange Street, Suite 700  Buffalo, NY 14210
14613604  Randolph Bush  3060 El Cerrito Plaza, #500  El Cerrito, CA 94530
14613605  Specialized Loan Servicing  8742 Lucent Blvd. #300  Highland Ranch, CO 80129
14621726  The Bank of New York Mellon Trustee (See 410)  c/o Specialized Loan Servicing LLC  8742 Lucent Blvd, Suite 300  Highlands Ranch, Colorado 80129
14613606  The Mortgage Law Firm  41689 Enterprise Circle North, Ste 228  Temecula, CA 92590

 TOTAL: 14