```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                              Case No. 17-42072-CN
Desmond Gumbs                                                       Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0971-4          User: rbautista            Page 1 of 1         Date Rcvd: Nov 01, 2017
                              Form ID: DOC               Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
```
db              +Desmond Gumbs,    4291 Silver Meadow Court,    Danville, CA 94506-5800
smg             ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                  SACRAMENTO CA 94279-0029
                (address filed with court:   State Board of Equalization,    Collection Dept.,    P.O. Box 942879,
                  Sacramento, CA 94279)
smg             +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
14613601        +Blackhawk HOA,    4125 Blackhawk Plaza Cir #230,    Danville, CA 94506-4648
14643227        +Bruce Nelson,    Nelson & Bolton,    1900 Powell St., Ste. 600,    Emeryville, CA 94608-1885
14630071        +Credit Bureau Associates,    PO Box 150,    Fairfield, CA 94533-0150
14659872         Employment Development Department,    Bankruptcy Group MIC 92E, PO BOX 826880,
                  Sacramento, CA 95814
14643228         Gillian Fynn,    Bruce Nelson, Nelson & Bolton,    1900 Powell St., Ste. 600,
                  Emeryville, CA 94608-1885
14613605        +Specialized Loan Servicing,    8742 Lucent Blvd. #300,    Highland Ranch, CO 80129-2386
14621726        +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14613606        +The Mortgage Law Firm,    41689 Enterprise Circle North, Ste 228,    Temecula, CA 92590-5630
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              EDI: EDD.COM Nov 02 2017 01:53:00      CA Employment Development Dept.,
                  Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg              EDI: CALTAX.COM Nov 02 2017 01:53:00      CA Franchise Tax Board,
                  Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA 95812-2952
cr              +E-mail/Text: ranbush@appliedjr.com Nov 02 2017 01:50:54      Randolph Bush,
                  dba Applied Judicial Research,    3060 El Cerrito Plaza, #500,    El Cerrito, CA 94530-4011
14613600         EDI: BANKAMER.COM Nov 02 2017 01:53:00      Bank of America,    PO Box 15026,
                  Wilmington, DE 19850-5026
14613602        +EDI: CAPITALONE.COM Nov 02 2017 01:53:00      Capital One,    P.O. Box 30281,
                  Salt Lake City, UT 84130-0281
14613603        +E-mail/Text: cms-bk@cms-collect.com Nov 02 2017 01:50:50      Premier Bankcard,
                  c/o Capital Management Services, LP,    726 Exchange Street, Suite 700,
                  Buffalo, NY 14210-1464
14613604        +E-mail/Text: ranbush@appliedjr.com Nov 02 2017 01:50:54      Randolph Bush,
                  3060 El Cerrito Plaza, #500,    El Cerrito, CA 94530-4011
                                                                                               TOTAL: 7

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
```
              Andrew Christensen    on behalf of Debtor Desmond  Gumbs andrew@californiahomelawyer.com,
               R61919@notify.bestcase.com
              Malcolm Leader-Picone    on behalf of Creditor Randolph  Bush mlp@leader-picone.com
              Martha G. Bronitsky    13trustee@oak13.com
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Desmond Gumbs | Case No.: 17−42072 CN 13 |
|---|---|---|
| | fka  ALI Francis | Chapter:  13 |
| | Debtor(s) | |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 10/27/17 dismissing the above−captioned case.

Dated: 11/1/17

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 32