```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                                    Case No. 17-42072-CN
Desmond Gumbs                                                             Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0971-4          User: rbautista              Page 1 of 1            Date Rcvd: Nov 01, 2017
                              Form ID: pdfeoc              Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
db             +Desmond Gumbs,    4291 Silver Meadow Court,    Danville, CA 94506-5800
14613600        Bank of America,    PO Box 15026,   Wilmington, DE 19850-5026
14613601       +Blackhawk HOA,    4125 Blackhawk Plaza Cir #230,    Danville, CA 94506-4648
14643227       +Bruce Nelson,    Nelson & Bolton,    1900 Powell St., Ste. 600,   Emeryville, CA 94608-1885
14613602       +Capital One,   P.O. Box 30281,    Salt Lake City, UT 84130-0281
14630071       +Credit Bureau Associates,    PO Box 150,   Fairfield, CA 94533-0150
14659872        Employment Development Department,    Bankruptcy Group MIC 92E, PO BOX 826880,
                 Sacramento, CA 95814
14643228        Gillian Fynn,    Bruce Nelson, Nelson & Bolton,    1900 Powell St., Ste. 600,
                 Emeryville, CA 94608-1885
14613605       +Specialized Loan Servicing,    8742 Lucent Blvd. #300,    Highland Ranch, CO 80129-2386
14621726       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14613606       +The Mortgage Law Firm,    41689 Enterprise Circle North, Ste 228,   Temecula, CA 92590-5630
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ranbush@appliedjr.com Nov 02 2017 01:50:54     Randolph Bush,
                 dba Applied Judicial Research,    3060 El Cerrito Plaza, #500,   El Cerrito, CA 94530-4011
14613603       +E-mail/Text: cms-bk@cms-collect.com Nov 02 2017 01:50:50    Premier Bankcard,
                 c/o Capital Management Services, LP,    726 Exchange Street, Suite 700,
                 Buffalo, NY 14210-1464
14613604       +E-mail/Text: ranbush@appliedjr.com Nov 02 2017 01:50:54     Randolph Bush,
                 3060 El Cerrito Plaza, #500,   El Cerrito, CA 94530-4011
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
          Andrew    Christensen    on behalf of Debtor Desmond  Gumbs andrew@californiahomelawyer.com,
           R61919@notify.bestcase.com
          Malcolm   Leader-Picone    on behalf of Creditor Randolph  Bush mlp@leader-picone.com
          Martha G. Bronitsky     13trustee@oak13.com
          Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
                                                                                              TOTAL: 4
```



1 Andrew J. Christensen (SBN: 260748)
Attorney at Law
2 1970 Broadway, Suite 550
Oakland, CA 94612
3 Tel: (510) 761-7183
Fax: (510) 680-3430
4 Andrew@CaliforniaHomeLawyer.com

5 Attorneys for Debtor

The following constitutes
the order of the court. Signed October 27, 2017

_____
**Charles Novack
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No. 17-42072 |
| Desmond Gumbs | Chapter 13 |
| Debtor | Order Dismissing Chapter 13 Case |

The Debtor's Motion to Voluntarily Dismiss this Chapter 13 Case is Granted. It is hereby ordered that this case is dismissed without prejudice.

***END OF ORDER***

COURT SERVICE LIST

Case: 17-42072    Doc# 34    Filed: 11/03/17    Entered: 11/03/17 21:36:53    Page 3 of 3