# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: tarruda | Date Created: 1/11/2018 |
| Case: 17–42072 | Form ID: pdfntcal | Total: 23 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Martha G. Bronitsky | 13trustee@oak13.com |
| aty | Andrew Christensen | andrew@californiahomelawyer.com |
| aty | Malcolm Leader–Picone | mlp@leader–picone.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Desmond Gumbs | 4291 Silver Meadow Court | Danville, CA 94506 | |
| cr | Randolph Bush | dba Applied Judicial Research | 3060 El Cerrito Plaza, #500 | El Cerrito, CA 94530 |
| smg | Labor Commissioner | 1515 Clay St. | Room 801 | Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 14613600 | Bank of America | PO Box 15026 | Wilmington, DE 19850–5026 | |
| 14613601 | Blackhawk HOA | 4125 Blackhawk Plaza Cir #230 | Danville, CA 94506 | |
| 14643227 | Bruce Nelson | Nelson & Bolton | 1900 Powell St., Ste. 600 | Emeryville, CA 94608 |
| 14613602 | Capital One | P.O. Box 30281 | Salt Lake City, UT 84130 | |
| 14630071 | Credit Bureau Associates | PO Box 150 | Fairfield, CA 94533 | |
| 14659872 | Employment Development Department | Bankruptcy Group MIC 92E, PO BOX 826880 | Sacramento, CA 95814 | |
| 14643228 | Gillian Fynn | Bruce Nelson, Nelson & Bolton | 1900 Powell St., Ste. 600 | Emeryville, CA 94608–1885 |
| 14613603 | Premier Bankcard | c/o Capital Management Services, LP | 726 Exchange Street, Suite 700 | Buffalo, NY 14210 |
| 14613604 | Randolph Bush | 3060 El Cerrito Plaza, #500 | El Cerrito, CA 94530 | |
| 14675836 | Real Time Resolutions, Inc. | 1349 Empire Central Drive, Suite #150 | Dallas, Texas 75247–4029 | |
| 14613605 | Specialized Loan Servicing | 8742 Lucent Blvd. #300 | Highland Ranch, CO 80129 | |
| 14621726 | The Bank of New York Mellon Trustee (See 410) | c/o Specialized Loan Servicing LLC | 8742 Lucent Blvd, Suite 300 | Highlands Ranch, Colorado 80129 |
| 14613606 | The Mortgage Law Firm | 41689 Enterprise Circle North, Ste 228 | Temecula, CA 92590 | |

TOTAL: 19