Form ODTDSMA

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Desmond Gumbs<br>fka ALI Francis<br>Debtor(s) | Case No.: 17–42072 CN 13<br>Chapter: 13 |

## ORDER DISCHARGING CHAPTER 13 TRUSTEE AFTER CASE DISMISSAL AND FINAL DECREE

The above–captioned case having been dismissed by order on 10/27/2017 and the Chapter 13 Trustee Final Report and Account on file showing all required distributions have been made,

IT IS ORDERED THAT:

MARTHA BRONITSKY is discharged as Chapter 13 Trustee of the estate of the above named Debtor(s), the trustee bond is canceled, and the Chapter 13 case of the above named debtor(s) is closed.

Dated: 2/13/18

By the Court:

Charles Novack
United States Bankruptcy Judge