```
                              United States Bankruptcy Court
                              Northern District of California
```

In re:                                                              Case No. 17-42072-CN
Desmond Gumbs                                                       Chapter 13
         Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0971-4         User: admin              Page 1 of 1            Date Rcvd: Feb 14, 2018
                             Form ID: ODTDSMA         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db             +Desmond Gumbs,    4291 Silver Meadow Court,    Danville, CA 94506-5800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                             Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2018 at the address(es) listed below:
              Andrew   Christensen    on behalf of Debtor Desmond  Gumbs andrew@californiahomelawyer.com,
               R61919@notify.bestcase.com
              Malcolm  Leader-Picone    on behalf of Creditor Randolph  Bush mlp@leader-picone.com
              Martha G. Bronitsky    13trustee@oak13.com
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
                                                                                             TOTAL: 4

Form ODTDSMA

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Desmond Gumbs<br>　fka　ALI Francis<br>　　　　Debtor(s) | Case No.: 17−42072 CN 13<br>Chapter: 13 |

## ORDER DISCHARGING CHAPTER 13 TRUSTEE AFTER CASE DISMISSAL
## AND FINAL DECREE

The above−captioned case having been dismissed by order on 10/27/2017 and the Chapter 13 Trustee Final Report and Account on file showing all required distributions have been made,

IT IS ORDERED THAT:

MARTHA BRONITSKY is discharged as Chapter 13 Trustee of the estate of the above named Debtor(s), the trustee bond is canceled, and the Chapter 13 case of the above named debtor(s) is closed.

Dated: 2/13/18 　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　　Charles Novack
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge